IN THE SUPREME COURT OF TENNESSEE

AT JACKSON

FILED

June 21, 1999

Cecil Crowson, Jr.
Appellate Court Clerk

NOT FOR PUBLICATION

Filed:    June 21, 1999

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | |
| | ) | |
| Appellee, | ) | Shelby Criminal |
| | ) | |
| Vs. | ) | No. 02-S-01-9710-CR-00085 |
| | ) | |
| JAMES A. BROWN, | ) | |
| | ) | |
| Appellant. | ) | |

O R D E R

The appellant, through counsel, has filed a petition for rehearing in this

appeal pursuant to Tenn. R. App. P. 39.  We have considered all of the arguments

raised in the petition, and we have found them to be without merit.  It is, therefore,

ORDERED that the petition is denied.

PER CURIAM